GRAND JURY RETURNS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

FILED
SEP - 7 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Date __9/7/22__  Judge __Colombell__, USMJ

Grand Jury Panel # __22-1__  Grand Jury Foreperson (✓)

Court Reporter __Joshua Declauter Veteran Reporters__  Counsel for Govt __Brian Hood__

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:
1. US v __Stukes__
2. US v __Ruffin__
3. US v __Washington__
4. US v __Smith__

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:
1. US v _____
2. US v _____
3. US v _____
4. US v _____

On motion of the Government, SUMMONS shall be issued as follows:
1. US v __Chun__
2. US v _____
3. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:
1. US v __Cooke__
2. US v __Egbinola__
3. US v _____
4. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:
1. US v _____
2. US v _____

Additional Motions, etc: _____

Began: __4:30__  Ended: __4:36__  Time in Court: __6 mins__