IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-124-DJN |
| ) | |
| OLABANJI OLADOTUN EGBINOLA ) | |
| A.K.A. "RACHAEL MOORE," ) | |
| ) | |
| *Defendant.* ) | |

## ORDER
(Judicial Removal Under Immigration and Nationality Act)

Upon the application of the United States of America, by Assistant United States Attorney, Brian R. Hood; upon the Factual Allegations in Support of Judicial Removal; upon the statement and consent of Olabanji Oladotun Egbinola ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the United Kingdom and a citizen of the United Kingdom.

3. The defendant was paroled into the United States for the purpose of prosecution at the Washington Dulles International Airport in Dulles, Virginia, on or about August 9, 2022.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court for the Eastern District of Virginia, Richmond Division of Count One, Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349.

5. The maximum term of imprisonment for a conviction of one Count of Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349 is twenty (20) years.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; and Section 212(a)(7)(A)(i)(I) of the INA, 8 U.S.C § 1182(a)(7)(A)(i)(I), as an alien not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by law.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to the United Kingdom upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: September 28, 2022