# SENTENCING MINUTES

DATE: 2-13-23   CASE NUMBER: 3:22CR00124 (DJN)

JUDGE: David J. Novak   CT REPORTER: Melissa Custis, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA   BRIAN R. HOOD, AUSA

v.   COUNSEL

Olabanji Oladotun Egbinola   BENJAMIN A. BELIES, ESQ.

SENTENCING ON COUNT(S): 1   ( ) Criminal Information
( ) Indictment (✓) Superseding Ind.
[ECF No. 25]

PRELIMINARY MATTERS: _____

OBJECTIONS TO PSR: No objections. ADOPTED AS WRITTEN.

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)

ON MOTION OF GOV'T, ( ) INDICTMENT (✓) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: _____ BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today  (✓)

DEFT REMANDED TO CUSTODY  (✓)

CASE SET: 11:00   BEGAN: 11:00   ENDED: 11:35   TIME IN COURT: 35

PAGE TWO (2)

**SENTENCE TEXT**

**COUNT** __1__    IMPRISONMENT __48__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( ✓ )

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____   ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $ __100.00__ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS     CONCURRENT ( )

PROBATION _____ YEARS     CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS     CONCURRENT ( )

PROBATION _____ YEARS     CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** __TO ENTER - $469,819.44__

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family   ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program                ( ) BRAVE Program
( ) Educational / Vocational training          ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
( ) OTHER:_____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
_____ (3) Perform community service _____ HOURS during period of supervision
✓ (4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
✓ (5) Participate in mental health treatment; ✓ Pay cost of treatment
_____ Participate in anger management
_____ (6) Participate in home confinement program for _____ with monitoring
_____ Permitted to work, attend church, or other approved activities
_____ Maintain telephone without special features; no cordless phone
_____ Pay costs of electronic monitoring
_____ (7) Placement in a Community Confinement Center for _____ (term)
✓ (8) Defendant to be surrendered to BICE for deportation proceedings
✓ If deported, defendant to remain outside the United States
_____ (10) Mandatory drug testing waived
_____ Probation officer may still administer drug test if deemed appropriate
_____ (11) Pay child support in amount ordered by social services or Court
_____ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____ (14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
✓ Pay in installments of not less than $_____ per month,
to begin 30 / (60) days after start of supervision until paid in full
_____ (16) Waive all rights of confidentiality regarding mental health treatment
(or other treatment) to allow release of information to Probation, etc.
_____ (17) Commencing _____, and continuing for _____, defendant may
operate a motor vehicle only for purposes of work and court, including travel to
the Probation Office and alcohol treatment program
✓ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligation

✓ (---) **Other special conditions:**

NOT POSSESS OR USE MARIJUANA